**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Derek J. Nowakowski    CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 23-10247

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
13 Nov 2023, 12:20:41, EST

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: a8c07cb186ffd2cbd616b9119604e74bcc364222efc908b6664c3e25448e36aa