**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 23- 10247 -JCM |
| | : | (Chapter 13) |
| DEREK J. NOWAKOWSKI | : | Judge John C. Melaragno |
| | : | |
| Debtor. | : | |
| | : | |
| DEREK J. NOWAKOWSKI | : | Document No. |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | MOTION NO.   WO-1 |
| Standing Chapter 13 Trustee and | : | |
| C.A. CURTZE CO. | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE**
**PURSUANT TO WAGE ATTACHMENT AND**
**NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

  I certify under penalty of perjury that I served the ***Order to Pay Trustee Pursuant to Wage Attachment*** and ***Notification of Debtor's Social Security Number (Local Bankruptcy Form 12)*** on the parties at the addresses specified below or on the attached list on **November 14, 2023.**

  The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

C.A. Curtze Co.
Attn: Payroll Administrator
2402 West 8th Street
P.O. Box 797
Erie, PA 16512

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

| November 14, 2023 | /s/ MICHAEL J. GRAML |
|---|---|
| | MICHAEL J. GRAML, ESQ. |
| | Attorney for Debtor/Movant |
| | 714 Sassafras Street |
| | Erie, PA 16501 |
| | (814) 459-8288 |
| | PA I.D. No. 50220 |
| | mattorney@neo.rr.com |