**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                            Case No. 23-10247-JCM

**DEREK J. NOWAKOWSKI**                            Chapter 13

                                                           Related Case No. 6

                     **Debtor(s).**

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:**

      ☐      a motion to dismiss case or certificate of default requesting dismissal

      X      a plan modification sought by:   Derek J. Nowakowski

      ☐      a motion to lift stay as to creditor

      ☐      Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

      X      Chapter 13 Plan dated  May 8, 2023
      ☐      Amended Chapter 13 Plan dated

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

      X     Debtor(s) Plan payments shall be changed from $1,932.00 to $2,017.00 per month, effective December 2025; and/or the Plan term shall be changed from _____ months to _____ months.

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Debtor consents to the Notice of Mortgage Payment Change filed by Freedom Mortgage Corporation of $927.61 effective December 1, 2025.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __4th__ day of __November__ 2025.

Dated: __November 4, 2025__

_____
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
11/4/25 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                Stipulated by:

/s/ MICHAEL J. GRAML          /s/ JAMES C. WARMBRODT

Counsel to Debtor             Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:    All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10247-JCM |
| Derek J. Nowakowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 04, 2025 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Derek J. Nowakowski, 2603 Parker Avenue, Erie, PA 16510-2037 |
| 15599263 | + | Attn: Bankruptcy Dept., Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15599265 | | Attn: Bankruptcy Dept., OneMain Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15599267 | + | Attn: Bankruptcy Dept., Upstart Network Inc., P.O. Box 1503, San Carlos, CA 94070-7503 |
| 15599266 | | Attn: Bankruptcy Dept., Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15599264 | + | Attn: Bankruptcy Dept., LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15599262 | | Attn: Bankruptcy Dept., Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15599261 | | Attn: Bankruptcy Dept., Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2025 00:18:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15599260 | | Email/Text: EBN@brockandscott.com | Nov 05 2025 00:19:00 | Brock & Scott, PLLC, 2011 Renaissance Blvd., Suite 100, King of Prussia, PA 19406 |
| 15600742 | | Email/Text: kslater@eriefcu.org | Nov 05 2025 00:19:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 15618069 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 05 2025 00:19:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15618769 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2025 00:17:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15618916 | + | Email/Text: Documentfiling@lciinc.com | Nov 05 2025 00:19:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15601721 | + | Email/PDF: cbp@omf.com | Nov 05 2025 00:17:51 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15639440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2025 00:17:57 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15601440 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 05 2025 00:19:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15599268 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2025 00:18:05 | World's Foremost Bank/, Cabela's Visa, 4800 NW 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason      Name and Address**

| | | |
|---|---|---|
| cr | Freedom Mortgage Corporation | |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael J. Graml | on behalf of Debtor Derek J. Nowakowski mattorney@neo.rr.com mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5